```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

B.M.,                              :
                                   :
      Plaintiff,              :
                                   :
v.                                 :    CASE NO. 4:24-CV-76-CDL-AGH
                                   :
COMMISSIONER OF SOCIAL             :
SECURITY,                          :
                                   :
      Defendant.              :

## ORDER

Upon consideration of Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Defendant's lack of opposition, it is ORDERED that:

1. Plaintiff is awarded attorney's fees in the amount of $6,121.23 and costs of $405.00.

2. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt subject to offset, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel. If Treasury determines that Plaintiff owes a federal debt subject to offset, any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED, this 5th day of September, 2024.

                                              S/Clay D. Land  
                                              CLAY D. LAND  
                                              U.S. DISTRICT COURT JUDGE  
                                              MIDDLE DISTRICT OF GEORGIA