IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BRANDON MAHONE, | * |
| Plaintiff, | * |
| v. | Case No. 4:24-cv-00076-CDL-AGH |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to the Order of this Court filed September 5, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $6,121.23 and $405.00 in costs.

This 5th day of September, 2024.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk