IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| B.M., | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   CASE NO. 4:24-CV-76-CDL-AGH |
| | : |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
|     Defendant. | : |
| | : |

**ORDER**

Upon consideration of Plaintiff's unopposed motion for attorney's fees pursuant to 42 U.S.C. § 406(b) and all the supporting documents annexed thereto, as well as the other related filings, and the lack of opposition from the Commissioner,[1] it is ORDERED that:

1. Plaintiff's attorney is awarded attorney's fees under 42 U.S.C. § 406(b) in the amount of $10,569.25, which the Court finds reasonable for the services rendered.  There is no offset for $6,121.33 previously paid under the Equal Access to Justice Act ("EAJA") because the entire EAJA award was applied to pay a debt Plaintiff owed under the Treasury Offset Program.

2. Defendant shall pay $10,569.25 from Plaintiff's past-due

---

[1] The Commissioner filed a response indicating that he "neither supports nor opposes counsel's request for attorney's fees . . . under 42 U.S.C. § 406(b)."  Def.'s Resp. 1, ECF No. 17.

benefits directly to Plaintiff's attorney for the attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), within a reasonable time.

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED, this 19th day of December, 2025.

                                  S/Clay D. Land
                                  CLAY D. LAND
                                  U.S. DISTRICT COURT JUDGE
                                  MIDDLE DISTRICT OF GEORGIA